IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO GUEVARA aka FRANCIS GUEVARA, Individually and On Behalf of All Similarly Situated Persons,<br>　　　Plaintiff,<br><br>V.<br><br>225 ENTERPRISES, INC., d/b/a PETROMART #109 and MOHAMMED PATEL,<br>　　　Defendants. | §§§§§§§§§§§§ | CIVIL ACTION NO. 4:17-cv-1880<br><br><br><br>JURY DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Francisco Guevara aka Francis Guevara, Plaintiff in the above-referenced matter, submits her list of interested persons as follows:

**Plaintiffs and Counsel**:

Francisco Guevara aka Francis Guevara, Plaintiff

Josef F. Buenker, Plaintiff's Counsel

Vijay A. Pattisapu, Plaintiff's Counsel

Thomas H. Padgett, Jr., Plaintiff's Counsel

**Defendants:**

225 Enterprises, Inc. d/b/a Petromart #109

Mohammed Patel

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**THE BUENKER LAW FIRM**

　　　　　　　　　　　　　　　　　　　　*/s/ Josef F. Buenker*
　　　　　　　　　　　　　　　　　　　　Josef F. Buenker
　　　　　　　　　　　　　　　　　　　　TBA No. 03316860

jbuenker@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**OF COUNSEL:**
Thomas H. Padgett, Jr.
TBA No. 15405420
tpadgettlaw@gmail.com
**THE BUENKER LAW FIRM**
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017 I electronically filed a copy of the foregoing Certificate of Interested Parties and served it by electronic transmission through the Court's CM/ECF system.

*/s/ Josef F. Buenker*
Josef F. Buenker