IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO GUEVARA aka | § | |
| FRANCIS GUEVARA, Individually and | § | |
| On Behalf of All Similarly Situated | § | |
| Persons, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-cv-1880 |
| | § | |
| 225 ENTERPRISES, INC., d/b/a | § | |
| PETROMART #109 and MOHAMMED | § | |
| PATEL, | § | |
|     Defendants. | § | JURY DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Francisco Guevara aka Francis Guevara files this notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Francisco Guevara aka Francis Guevara; Defendants are 225 Enterprises, Inc. d/b/a Petromart #109 and Mohammed Patel.

2. On June 20, 2017, Plaintiff sued Defendants.

3. Defendants have not filed an answer, motion to dismiss or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to re-filing.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFF FRANCISCO GUEVARA**
**AKA FRANCIS GUEVARA**

**OF COUNSEL:**
Thomas H. Padgett, Jr.
TBA No. 15405420
tpadgettlaw@gmail.com
**THE BUENKER LAW FIRM**
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

**COUNSEL FOR PLAINTIFF**
**FRANCISCO GUEVARA AKA**
**FRANCIS GUEVARA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, I electronically filed a copy of the foregoing pleading and served it by electronic transmission through the Court's CM/ECF system.

*/s/ Josef F. Buenker*
Josef F. Buenker